## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

EZEKIYAL WELLS,

                Plaintiff,

    vs.

RALSTON PUBLIC SCHOOLS; and
THOMAS EARHART (an individual being sued
in his individual capacity),

                Defendants.

**Case No. 8:23-CV-00226**

## SUMMONS IN A CIVIL ACTION

**To:**    Ralston Public Schools
        845 Park Drive
        Ralston, NE  68127

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the united States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Oluseyi Olowolafe
        Olowolafe Law Firm, LLC
        1201 Golden Gate Drive
        Papillion, Nebraska 68046

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:_____

_____
*Signature of Clerk or Deputy Clerk*