# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EZEKIYAL WELLS, | |
|         Plaintiff, | 8:23CV226 |
| vs. | FINDINGS AND RECOMMENDATION |
| RALSTON PUBLIC SCHOOLS, | |
|         Defendant. | |

Plaintiff commenced this action against Defendants, Ralston Public Schools and Thomas Earhart, on May 26, 2023. (Filing No. 1). Both Defendants filed Rule 12(b) motions to dismiss Plaintiff's claims. (Filing No. 8; Filing No. 13). On September 28, 2023, the Court entered a Memorandum and Order (Filing No. 18) granting Defendant Earhart's motion to dismiss, but denying Defendant Ralston Public Schools' motion to dismiss "to allow Plaintiff to amend his complaint to include damages that are cognizable under Title VI." The Court clarified "that the only issue left remaining in this case is the Title VI claim against the Ralston School District." The Court ordered Plaintiff to file an amended complaint within 14-days of the order, i.e., by October 12, 2023.

On October 16, 2023, the Court entered an Order to Show Cause because Plaintiff had not filed an amended complaint within 14-days as ordered. (Filing No. 19). The Court noted that the Federal Rules of Civil Procedure and this district's local rules contemplate dismissal of a case on the grounds that the plaintiff failed to prosecute or failed to comply with orders of the court. Fed. R. Civ. P. 41(b) (providing that an action may be involuntarily dismissed "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order"); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (stating the district court possesses the power to dismiss *sua sponte* under Rule 41(b)). Because the Court had ordered Plaintiff to amend his complaint to include cognizable damages as to his only remaining claim, and he failed to do so, the Court provided Plaintiff until November 6, 2023, to show good cause for his failure to comply with the Court's order and failure to prosecute his case. The Court warned Plaintiff that failure to respond to the show cause order would result in this action being dismissed. To date, Plaintiff has not filed an amended complaint, responded to the show cause order, or otherwise taken any further action in this case. Therefore, the undersigned magistrate judge will recommend that this case be dismissed. Upon consideration,

**IT IS HEREBY RECOMMENDED** to the Honorable Judge Joseph F. Bataillon, Senior United States District Court Judge, that the above-captioned case be dismissed without prejudice for failure to comply with the Court's order and failure to prosecute.

Dated this 7th day of November, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

### ADMONITION

A party may object to a magistrate judge's findings and recommendation by filing an objection within fourteen (14) days after being served with a copy of the findings and recommendation. NECivR 72.2.  Failure to timely object may constitute a waiver of any objection.