IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EZEKIYAL WELLS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>RALSTON PUBLIC SCHOOLS,<br><br>　　　　　　Defendant. | 8:23CV226<br><br>MEMORANDUM AND ORDER |

　　　　This matter comes before the Court on the Findings and Recommendation of the Magistrate Judge that this case be dismissed without prejudice.  Filing No. 20.  For the reasons stated herein, the Court adopts the Findings and Recommendation and dismisses the case.

　　　　As set forth in greater detail in the Magistrate Judge's order, the Court ruled on Defendants' motion to dismiss, dismissing most of the claims, but allowing Plaintiff "to amend his complaint to include damages that are cognizable under Title VI."  Filing No. 18 at 4.  The Court gave Plaintiff fourteen days to file an amended Complaint with cognizable damages so that the case could proceed, which he failed to do.  Filing No. 18 at 4.  Subsequently, the Magistrate Judge ordered Plaintiff to show cause why his case should not be dismissed for failure to file an amended complaint as ordered.  Filing No. 19.  The Magistrate Judge gave Plaintiff until November 6, 2023, to respond.  Filing No. 19 at 1.  Plaintiff did not respond to the show cause order.  Accordingly, the Magistrate Judge recommends that this case be dismissed without prejudice.  Filing No. 20 at 2.

　　　　A party may object to a magistrate judge's findings and recommendations by filing an objection within fourteen days.  Fed. R. Civ. P. 72(b)(2).  More than fourteen days

have passed, and Plaintiff has not objected. Accordingly, the Court adopts the Magistrate Judge's recommendation that the case be dismissed without prejudice for failure to comply with the Court's order and failure to prosecute.

IT IS ORDERED:

1) The Court adopts the Magistrate Judge's Findings and Recommendation, Filing No. 20, in full.

2) This case is dismissed without prejudice.

3) The Court will file a separate judgment.

Dated this 1st day of December, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge
